IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00603-BNB

NATHAN M. SERRANO,

    Plaintiff,

v.

BETTY WYTIAS, Assistant Attorney General, Dept. of Human Services,
ROBERT ROSSI, Colo. Dept, of Human Services, W.R.R.C.,
BETTY MYLAR, Director, Colo. Dept. Human Services,
DAVID COLOGROSSO, Director, C.D.H.S., W.R.R.C.,
JAMES TROTTER, MD, UCHSC University Hosp.,
DEBBIE CARTER, MD, UCHSC University Hosp.,
T. CAREY CHAMBERLIN, MD, Dept. Youth Corrections,

    Defendants.

---

ORDER TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Nathan Serrano, initiated this action by filing a *pro se* Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on March 5, 2010. On March 16, 2010, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action, and ordered Mr. Serrano to cure certain deficiencies. Specifically, he ordered Mr. Serrano to file a complete complaint on the court-approved form. After receiving an extension of time, Mr. Serrano filed an amended complaint on April 30, 2010.

The Court must construe the amended complaint liberally because Mr. Serrano is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not

be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Serrano will be directed to file a second amended complaint.

The Court has reviewed Mr. Serrano's amended complaint and finds that the amended complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the Court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. **See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas**, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. **See TV Communications Network, Inc. v. ESPN, Inc.**, 767 F. Supp. 1062, 1069 (D. Colo. 1991), **aff'd**, 964 F.2d 1022 (10th Cir. 1992). Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate Rule 8.

Mr. Serrano fails to set forth a short and plain statement of the Court's jurisdiction and of his claims showing that he is entitled to relief. His claims are repetitive, verbose and confusing. In the Amended Complaint, he sets forth an extended and unnecessary discussion of often insignificant details and legal argument in support of his claims

rather than providing "a generalized statement of the facts from which the defendant may form a responsive pleading." ***New Home Appliance Ctr., Inc., v. Thompson***, 250 F.2d 881, 883 (10th Cir. 1957). As a result, the Court finds that the complaint is unnecessarily long. For the purposes of Rule 8(a), "[i]t is sufficient, and indeed all that is permissible, if the complaint concisely states facts upon which relief can be granted upon any legally sustainable basis." ***Id.***

Mr. Serrano fails to understand that it is his responsibility to present his claims in a manageable format that allows the Court and the Defendants know what claims are being asserted and to be able to respond to those claims. Mr. Serrano must allege, simply and concisely, his specific claims for relief, including the specific rights that allegedly have been violated and the specific acts of each defendant that allegedly violated her rights.

Further, in order to state a claim in federal court, Mr. Serrano "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). The general rule that *pro se* pleadings must be construed liberally has limits and "the court cannot take on the responsibility of serving as the litigant's attorney in constructing arguments and searching the record." ***Garrett v. Selby Connor Maddux & Janer***, 425 F.3d 836, 840 (10th Cir. 2005).

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See **Atkins v. Northwest Airlines, Inc.***, 967 F.2d 1197, 1203 (8th Cir. 1992); ***Gillibeau v. City of Richmond***, 417 F.2d 426, 431 (9th Cir. 1969). The

Court finds that the amended complaint does not meet the requirements of Fed. R. Civ. P. 8. Mr. Serrano will be given a final opportunity to cure the deficiencies in his amended complaint by submitting a second amended complaint that complies with Fed. R. Civ. P. 8. He will be directed to do so below. Accordingly, it is

ORDERED that Plaintiff, Nathan M. Serrano, **within thirty (30) days from the date of this order**, file a second amended complaint that complies with this order and with the pleading requirements of Fed. R. Civ. P. 8(a) as discussed in this order. It is

FURTHER ORDERED that the second amended complaint shall be titled "Second Amended Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Serrano, together with a copy of this order, two copies of the following form to be used in submitting the second amended complaint: Complaint. It is

FURTHER ORDERED that, if Mr. Serrano fails to file a second amended complaint that complies with this order within the time allowed, the amended complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 11th day of ____May____, 2010.

BY THE COURT:

_s/Craig B. Shaffer_
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00603-BNB

Nathan M. Serrano
5305 Sheridan Blvd. #17
Arvada, CO 80002

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 6/2/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk